**UNITED STATES of America,
Appellee,**

v.

**David Anton WESLEY, Appellant.**

**No. 10–1142.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 9, 2010.

Filed: June 11, 2010.

Charles J. Williams, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Joanne M. Lilledahl, Assistant, Federal Public Defender, Federal Public Defender's Office, Cedar Rapids, IA, for Appellant.

David Anton Wesley, El Reno, OK, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

David Wesley appeals the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)). Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.